# Court of Appeals
# of the State of Georgia

ATLANTA, _May 18, 2020_

*The Court of Appeals hereby passes the following order:*

## A20A1491.  MACMILLAN v. STATE.

The appellee in the above-styled appeal has filed a consent motion to remand this matter to the trial court to supplement the record.  On appeal, the appellant has raised a claim that the trial court committed plain error by admitting records of the appellant's historical cellular telephone site location data without lawful process.  The appellee asserts that because the appellant's trial counsel did not object to the admission of the cell phone data at trial, the record on this matter is incomplete.

Having read and considered the motion, and having received no objection from the appellant, this case is hereby REMANDED to the trial court for an evidentiary hearing to complete the record on this issue.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, _05/18/2020_*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*